# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Kennedy, David S. | **2. Court or Organization**<br><br>Bankruptcy Court | **3. Date of Report**<br><br>06/03/2021 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☐ Annual ☑ Final<br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>04/30/2021 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
200 Jefferson Ave
Suite 950
Memphis, TN 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, David S. | 06/03/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, David S. | 06/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sun Trust Bank | A | Int./Div. | J | T | | | | | |
| 2. Pac Annuity registerd as Qualified IRA | C | Int./Div. | | | Closed | 02/24/21 | L | C | |
| 3. Premier Plus Indiv. 302 (H) | | | | | | | | | |
| 4. - Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 5. -American Growth Fund of America | A | Dividend | K | T | | | | | |
| 6. -Americanl Income Fund of America Cl F2 | A | Dividend | J | T | | | | | |
| 7. -T Rowe Price Tax Free Sh rt Interm Adv | A | Dividend | J | T | | | | | |
| 8. -Columbia Acorn CL I2 | A | Distribution | J | T | | | | | |
| 9. -Diamond Hill Long Short CL I | A | Distribution | J | T | | | | | |
| 10. -MFS Municipal High Income Fund | A | Dividend | J | T | | | | | |
| 11. -Invesco Oppenheimer Discover MidCap Growth Class Y | A | Distribution | J | T | | | | | |
| 12. Lincoln New Directions 6 Fixed Annuity | C | Int./Div. | M | T | | | | | |
| 13. Lincoln Choice Plus IRA | B | Distribution | | | Closed | 02/26/21 | K | B | |
| 14. Premier Plus Bene IRA 299 (H) | | | | | | | | | |
| 15. -Fidelity Govt Cash Reserves | A | Dividend | | | Closed | 02/11/21 | J | A | |
| 16. -Invesco High Yield Fund A | A | Dividend | | | Sold (part) | 01/28/20 | J | A | |
| 17. | | | | | Closed | 02/11/21 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kennedy, David S.** | 06/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Franklin Rising Dividend Class A | A | Dividend | | | Closed | 02/11/21 | J | A | |
| 19. -Marsico Growth Fund | A | Distribution | | | Closed | 02/11/21 | K | A | |
| 20. -Fidelity International Index Premium | A | Dividend | | | Sold | 02/13/20 | J | A | |
| 21. -Delaware Diversified Income Fund | A | Dividend | | | Closed | 02/11/21 | K | A | |
| 22. Genworth SPDA III Deferred Life Annuity - see notes | B | Int./Div. | L | T | | | | | |
| 23. Fidelity IRA (H) | | | | | | | | | |
| 24. -Marsico Growth | | | K | T | Open | 02/11/21 | K | | |
| 25. -Delware Diversified Income FD Cl1 | A | Dividend | K | T | Open | 02/11/21 | K | | |
| 26. | | | | | Buy (add'l) | 04/07/21 | K | | |
| 27. - Fidelity Govt Cash Reserves | A | Dividend | J | T | Open | 02/11/21 | J | | |
| 28. | | | | | Buy (add'l) | 03/04/21 | M | | |
| 29. | | | | | Sold (part) | 03/31/21 | K | | |
| 30. | | | | | Sold (part) | 04/07/21 | L | | |
| 31. -Franklin Rising Dividends - Adv | A | Dividend | K | T | Open | 02/11/21 | J | | |
| 32. | | | | | Buy (add'l) | 04/07/21 | K | | |
| 33. -Invesco High Yield Fund ClassY | A | Dividend | J | T | Open | 02/11/21 | J | | |
| 34. -Delaware Small Cap Value | | | K | T | Open | 03/31/21 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Davis Fundamental ETF | | | J | T | Buy | 03/31/21 | J | | |
| 36. -American New World Fund Cl F2 | | | J | T | Buy | 03/31/21 | J | | |
| 37. -Ishares Trust U.S. Treasury | A | Dividend | J | T | Buy | 03/31/21 | J | | |
| 38. -American High Income Trust F2 | A | Dividend | J | T | Buy | 03/31/21 | J | | |
| 39. -Pimco Low Duration CL13 | | | K | T | Buy | 04/07/21 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kennedy, David S.** | 06/03/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Final

Part VII No. 2  Pac Annuity Guaranteed Income; now closed.

Part VII  No. 13  Lincoln Chioce Plus  Guaranteed Rate, now closed.
Part VII No. 22 Genworth Deferred Annuity - Guaranteed Income.

Part VII  The Pac Annuity IRA ( No.2), the Lincoln Cloice Plus IRA (No. 13 ) and the Premier Plus IRA (No. 14) accounts have been closed. The 3 accounts were closed on  different dates. A new Fidelity IRA (No.23) has been opened; the sub accounts have different opening dates relating to dates funds were received from the closed IRA accounts.

Part VII   - Fidelity Govt Mkt Money was converted to Fidelity Government Cash Reserves on 5/6/20.
Part VII  - Oppenheimer Discover MidCap Growth converted to Invesco Oppenheimer Discover MidCap Growth Class Y on 6/23/20.
Part VII -  T Rowe Price Tax Free Shrt Interm Adv was converted to  T Rowe Price Tax Free Shrt Interm on 6/23/20.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David S. Kennedy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544